**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Socarro CARRILLO–MARTINEZ,
Defendant–Appellant.**

**No. 05–50706.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

U.S. Attorney, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Andrew Lah, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: TAHSIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment. All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.